# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    KENNETH CHARLES HART                         Case No.: 5-14-03982-RNO

                                                                         Chapter 13

            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | FCI LENDER SERVICE, INC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 4834 |
| Property Address if applicable: | 208 MANORVIEW AVENUE, , MT. POCONO, PA18344 |

**PART 2:**                   **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,054.52 |
| b. | Prepetition arrearages paid by the Trustee: | $20,054.52 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $20,054.52 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 17, 2019                          Respectfully submitted,

                                        s/ Charles J. DeHart, III, Trustee
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  FCI LENDER SERVICE, INC
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|------------|----------|------------|
| 0040 | 1128909 | 06/03/2015 | $157.27 | $0.00 | $157.27 |
| 0040 | 1130635 | 07/01/2015 | $389.54 | $0.00 | $389.54 |
| 0040 | 1134148 | 09/02/2015 | $9,173.08 | $0.00 | $9173.08 |
| 0040 | 1155046 | 09/01/2016 | $210.52 | $0.00 | $210.52 |
| 0040 | 1158272 | 11/02/2016 | $236.84 | $0.00 | $236.84 |
| 0040 | 1161497 | 01/12/2017 | $232.87 | $0.00 | $232.87 |
| 0040 | 1164549 | 03/09/2017 | $291.09 | $0.00 | $291.09 |
| 0040 | 1167723 | 05/11/2017 | $232.87 | $0.00 | $232.87 |
| 0040 | 1172217 | 08/10/2017 | $407.53 | $0.00 | $407.53 |
| 0040 | 1176322 | 11/08/2017 | $347.82 | $0.00 | $347.82 |
| 0040 | 1180502 | 02/08/2018 | $405.79 | $0.00 | $405.79 |
| 0040 | 0 | 02/27/2018 | $-405.79 | $0.00 | $-405.79 |
| 0040 | 1189803 | 08/09/2018 | $1,159.40 | $0.00 | $1159.40 |
| 0040 | 1192424 | 10/10/2018 | $347.82 | $0.00 | $347.82 |
| 0040 | 1195172 | 12/13/2018 | $6,289.72 | $0.00 | $6289.72 |
| 0040 | 1196593 | 01/10/2019 | $578.15 | $0.00 | $578.15 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KENNETH CHARLES HART

Case No.: 5-14-03982-RNO
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 17, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| FCI LENDER SERVICES, INC<br>PO BOX 27370<br>ANAHEIM HILLS, CA, 92809 | SERVED BY 1ST CLASS MAIL |
| KENNETH CHARLES HART<br>208 MANORVIEW AVENUE<br>MT. POCONO, PA 18344 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 17, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com